Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian L. Valay
aka Brian Lee Valay
4 Chesterfield Road
Sewell, NJ 08080

Laura A. Labbee−Valay
aka Laura Anne Labbee
4 Chesterfield Road
Sewell, NJ 08080

Social Security No.:
xxx−xx−3349

xxx−xx−4874

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    7/26/18
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Joseph T. Margrabia, Debtor's Attorney, period: 11/7/2017 to 6/20/2018

COMMISSION OR FEES
Fees: $3,400.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 25, 2018
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brian L. Valay  
Laura A. Labbee-Valay  
    Debtors

Case No. 17-32513-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3      Date Rcvd: Jun 25, 2018  
                      Form ID: 137      Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.

```
jdb/db         +Brian L. Valay,    Laura A. Labbee-Valay,    4 Chesterfield Road,    Sewell, NJ 08080-2061
cr              Specialized Loan Servicing LLC,    c/o Buckley Madole, P.C.,    1481 Dallas Parkway,   Suite 300,
                 Dallas, TX 75254
517164030      +A T & T Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
517164032      +AES Education Services,    P.O. Box 61047,    Hassisburg, PA 17106-1047
517164033      +ARS,    P.O. Box 630806,    Cincinnati, NJ 45263-0806
517164031      +Account Resolution Serv.,    1643 N. Harrison Pkwy,    Building H Suite 100,
                 Sunrise, FL 33323-2857
517164034     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
517164040      +BMW Financial Services Remarketing, Inc.,    P.O. Box 83290,    Chicago, IL 60691-0290
517164035      +Bank Of America N.A.,    Frederic Weinberg, Esq.,    1200 Laurel Oak Rd., Ste 104,
                 Voorhees, NJ 08043-4317
517164036      +Bank of America, N.A.,    Frederic Weinberg & Assoc.,    1200 Laurel Oak Rd, Ste 104,
                 Voorhees, NJ 08043-4317
517366687      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517164038      +Best Buy/CBNA,    P.O. Box 6497,    Siox Falls, SD 57117-6497
517164041      +Capital One Bank USA,    Hayt Hayt Landau Attys,    2 Industrial Way West,
                 Eatontown, NJ 07724-2265
517221628       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517164043      +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
517164044      +Citi Bank N.A.,    GC Services,    P.O. Box 930824,    Wixom, MI 48393-0824
517366737       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517164047      +Ditech- Specialized Loan Servicing LLC,    P.O. Box 636005,    Littleton, CO 80163-6005
517164048      +Financial Recoveries,    P.O. Box 1388,    MT Laurel, NJ 08054-7388
517164028      +First Bankcard,    P.O. Box 2951,    Omaha, Nebraska 68103-2951
517164049      +Florida Dept Education,    P.O. Box 7019,    Tallahassee, FL 32314-7019
517164050      +HRRG,    P.O. Box 5406,    Cincinnati, OH 45273-0001
517164051      +I C Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517164053      +Kennedy Medical Group Practice,    P.O. Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
517164055      +LVNV Funding LLC,    Eichenbaum & Stylianou Attys,    10 Forest Avenue,    Paramus, NJ 07652-5242
517164061      +MRG PHY Assoc. of S. Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
517164056      +Macy's/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
517164057      +Midland Funding LLC,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517164059      +Midland Funding LLL,    Pressler & Pressler Attys,    7 Entin Road,    Parsippany, NJ 07054-5020
517164060      +Millennium Health, LLC,    P.O. Box 844468,    Dallas, TX 75284-4468
517164063      +PAM,LLC-PA Turnpike,    P.O. Box 1153,    Milwaukee, WI 53201-1153
517164066      +PHEAA,    1200 N. Seventh Street,    Harrisburg, PA 17102-1444
517206992      +PHEAA,    PO B0X 8147,    HARRISBURG PA 17105-8147
517164067      +PNC Bank, N.A.,    P.O. Box 1397,    Pittsburgh, PA 15230-1397
517164062      +Palisades Collection, LLC,    Pressler & Pressler Attys.,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517164064      +Pennsylvania Higher Education,    P.O. Box 8147,    Harrisburg, PA 17105-8147
517164065      +Performant Recovery, Inc.,    P.O. Box 9057,    Pleasanton, CA 94566-9057
517164070       ProCo,    P.O. Box,    Aston, PA 19014
517164072      +REMEX Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517164071      +Radiology Assoc. Of NJ,    28075 Network Place,    Chicago, IL 60673-1280
517164074      +South Jersey Pain Consultants,    525 Route 73 S. Ste 103,    Marlton, NJ 08053-9643
517192081      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517164075      +Specialized Loan Servicing LLC,    P.O. Box 636005,    Attention: Customer Care,
                 Littleton, CO 80163-6005
517304547      +Specialized Loan Servicing LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
517164079      +THD/ CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517164080      +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517164081      +The Rothman Institute,    P.O. Box 757910,    Philadelphia, PA 19175-7910
517164082      +Virtua Medical Group PA,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
517275008       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
517164083      +Wells Fargo Financial NB,    CSCL Team MAC N8235-04M,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 23:36:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517265450      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 25 2018 23:38:23
                 BMW Bank of North America,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept APS,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0312-1           User: admin              Page 2 of 3                   Date Rcvd: Jun 25, 2018
                               Form ID: 137             Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517193228      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 25 2018 23:38:44
                 BMW Bank of North America,   AIS Portfolio Services, LP,   P.O. Box 165028,
                 Irving, TX 75016-5028
517164039       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 25 2018 23:38:24     BMW Financial Services,
                 P.O. Box 3608,   Dublin, OH 43016
517264762       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 25 2018 23:38:06
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
517164037      +E-mail/Text: banko@berkscredit.com Jun 25 2018 23:36:18       Berks Credit & Collection,
                 900 Corporate Drive,   Reading, PA 19605-3340
517276377       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 23:38:22
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517164042      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 23:38:42
                 Capital One Bank USA N.A.,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
517164045      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2018 23:36:34      Comenity Bank/Torrid,
                 P.O. Box 182789,   Columbus, OH 43218-2789
517164046      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 25 2018 23:37:30
                 Credit Collection Serv.,   P.O. Box 607,   Noorwood, MA 02062-0607
517164052      +E-mail/Text: cio.bncmail@irs.gov Jun 25 2018 23:36:11       Internal Revenue Service,
                 Centralized Insolvency Op,   P.O. Box 7346,   Philadelphia, PA 19101-7346
517164054      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 25 2018 23:36:02      Kohl's /Capital One,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
517164058      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2018 23:36:47      Midland Funding LLC,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
517164069       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:27
                 Portfolio Recovery Assoc.,   Riverside Commerce Center,   120 Corporate Blvd. Ste 100,
                 Norfolk, VA 23502
517298604       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:00
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
                 Norfolk VA 23541
517222135       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:00
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank (USA), N.a.,   POB 41067,
                 Norfolk VA 23541
517232379       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:55
                 Portfolio Recovery Associates, LLC,   c/o Synchrony Bank,   POB 41067,   Norfolk VA 23541
517181531       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:55
                 Portfolio Recovery Associates, LLC,   c/o Wal-mart,   POB 41067,   Norfolk VA 23541
517364572       E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2018 23:36:43
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517164073      +E-mail/Text: bkrpt@retrievalmasters.com Jun 25 2018 23:36:47      RMCB,   P.O. Box 1235,
                 Elmsford, NY 10523-0935
517166797      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:38:04       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517164076      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:37:57       Synchrony Bank/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
517164078      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:38:37       Synchrony Bank/Walmart DC,
                 P.O. Box 965024,   Orlando, FL 32896-5024
517264071      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2018 23:38:26       Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517164029*     +First Bankcard,   P.O. Box 2951,   Omaha, Nebraska 68103-2951
517164068*     +PNC Bank, N.A.,   P.O. Box 1397,   Pittsburgh, PA 15230-1397
517164077*     +Synchrony Bank/Care Credit,   P.O. Box 965036,   Orlando, FL 32896-5036
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 3 of 3               Date Rcvd: Jun 25, 2018
                               Form ID: 137             Total Noticed: 75
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph T. Margrabia    on behalf of Debtor Laura A. Labbee-Valay jmargrabia@comcast.net
              Joseph T. Margrabia    on behalf of Joint Debtor Brian L. Valay jmargrabia@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor   Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor   Specialized Loan Servicing LLC swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```