# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

June 29, 2018

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
        Debtor(s) Name:    Brian L. Valay & Laura A. Labbee-Valay  
        Case No:    17-32513   ABA  
        Hearing Date:    N/A

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on June 20, 2018 for the above-captioned matter. The application lists fees of $3,400.00. Please file an amended application to reflect the amount of $3,300.00.

    The proposed form of order was not filed with the Motion/Application. Therefore, the Trustee respectfully requests that the proposed form of order be filed and reflect new payments of $413.00 per month for twenty-nine (29) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

    As always, the Court is welcome to contact the Trustee with any concerns.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*  
    *STANDING TRUSTEE*

    */s/ Isabel C. Balboa*  
    **ISABEL C. BALBOA**  
    Chapter 13 Standing Trustee

ICB:lka

c:    Joseph T. Margrabia, Jr, Esquire   (Debtor(s) Attorney)    (via Electronic Case Filing / ECF)  
      Brian L. Valay & Laura A. Labee-Valay   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978