UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 091954B

In Re:

Laura A. Labbee-Valay
Brian L. Valay

Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32513-ABA

Hearing Date: April 10, 2018

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER ALLOWING
## RESOLVING DEBTOR'S OBJECTION TO CLAIM #4

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: July 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtors: Laura A. Labbee-Valay and Brian L. Valay
Case No: 17-32513-ABA
Caption of Order: Consent Order Resolving Debtor's Objection to Claim #4

This matter having come before the Court on the Debtor's Objection to Claim #4, the Debtor by and through counsel, Joseph T. Margrabia, Jr., Esquire, and the Mortgagee, Specialized Loan Servicing LLC, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The October 1, 2017 and November 1, 2017 pre-Petition payments shall be removed from the Mortgagee's filed Proof of claim.

2. The escrow advances and escrow shortage totaling the amount of $4,629.54, as itemized in the Mortgagee's Proof of Claim, shall be reduced to the lower amount of $2,496.49.

3. The total Allowed Secured (Arrearage) Claim shall be reduced from $6,121.90 to $2,496.49.

4. The Mortgagee shall have 30 days from the entry of the herein Consent Order to file an Amended Proof of Claim to the new arrearage amount of $2,496.49.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC                JOSEPH T. MARGRABIA, JR., ESQUIRE

By:    /s/ Stuart H. West                                    /s/ Joseph T. Margrabia, Jr.
        Stuart H. West, Esquire                             Joseph T. Margrabia, Jr., Esquire
        Attorneys for the Mortgagee                     Attorney for the Debtors