UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 091954B

In Re:

Laura A. Labbee-Valay
Brian L. Valay

Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32513-ABA

Hearing Date: April 10, 2018

Judge: Andrew B. Altenburg Jr.

**CONSENT ORDER ALLOWING
RESOLVING DEBTOR'S OBJECTION TO CLAIM #4**

The relief set forth on the following pages, numbered two (2) through (2) is
hereby **ORDERED.**

**DATED: July 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtors: Laura A. Labbee-Valay and Brian L. Valay
Case No: 17-32513-ABA
Caption of Order: Consent Order Resolving Debtor's Objection to Claim #4

This matter having come before the Court on the Debtor's Objection to Claim #4, the

Debtor by and through counsel, Joseph T. Margrabia, Jr., Esquire, and the Mortgagee, Specialized

Loan Servicing LLC, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West,

Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as

follows:

1.  The October 1, 2017 and November 1, 2017 pre-Petition payments shall be removed from the

Mortgagee's filed Proof of claim.

2.   The escrow advances and escrow shortage totaling the amount of $4,629.54, as itemized in the

Mortgagee's Proof of Claim, shall be reduced to the lower amount of $2,496.49.

3. The total Allowed Secured (Arrearage) Claim shall be reduced from $6,121.90 to $2,496.49.

4. The Mortgagee shall have 30 days from the entry of the herein Consent Order to file an Amended

Proof of Claim to the new arrearage amount of $2,496.49.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC          JOSEPH T. MARGRABIA, JR., ESQUIRE

By:    /s/ Stuart H. West                          /s/ Joseph T. Margrabia, Jr.
       Stuart H. West, Esquire                     Joseph T. Margrabia, Jr., Esquire
       Attorneys for the Mortgagee                 Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32513-ABA
Brian L. Valay                                                            Chapter 13
Laura A. Labbee-Valay
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Jul 23, 2018
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
jdb/db        +Brian L. Valay,    Laura A. Labbee-Valay,    4 Chesterfield Road,    Sewell, NJ 08080-2061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph T. Margrabia    on behalf of Joint Debtor Brian L. Valay jmargrabia@comcast.net
          Joseph T. Margrabia    on behalf of Debtor Laura A. Labbee-Valay jmargrabia@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          Stuart H. West    on behalf of Creditor    Specialized Loan Servicing LLC swest@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 8