UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian L Valay & Laura A Labbee-Valay

| | |
|---|---|
| Case No.: | 17-32513 |
| Hearing Date: | 7/26/18 |
| Judge: | Altenburg |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Joseph Margrabia, Esq. | $3,300.00 | $0.00 |

*rev. 7/1/04 jml*