**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian L Valay & Laura A Labbee-Valay

| | |
|---|---|
| Case No.: | 17-32513 |
| Hearing Date: | 7/26/18 |
| Judge: | Altenburg |
| Chapter: | 13 |

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Joseph Margrabia, Esq. | $3,300.00 | $0.00 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:
Brian L. Valay
Laura A. Labbee-Valay
    Debtors

Case No. 17-32513-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 26, 2018
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
jdb/db          +Brian L. Valay,    Laura A. Labbee-Valay,    4 Chesterfield Road,    Sewell, NJ 08080-2061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Joseph T. Margrabia     on behalf of Joint Debtor Brian L. Valay jmargrabia@comcast.net
       Joseph T. Margrabia     on behalf of Debtor Laura A. Labbee-Valay jmargrabia@comcast.net
       Rebecca Ann Solarz     on behalf of Creditor    Specialized Loan Servicing LLC rsolarz@kmllawgroup.com
       Robert P. Saltzman     on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
       Stuart H. West     on behalf of Creditor    Specialized Loan Servicing LLC swest@pbslaw.org
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 8