UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph T. Margrabia, Jr., JM 5564
Attorney At Law
530 Greentree Road
Glassboro, New Jersey 08028
Telephone 856-881-9600
Attorney For Debtors

**Order Filed on September 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Brian L. Valay

Laura A. Labbee-Valay

Case No.: 17-32513

Chapter: 13

Judge: A.B. Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph T. Margrabia, Jr., Esquire_____, the applicant, is allowed a fee of $ _____3300.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,300.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____413.00____ per month for ____50____ months to allow for payment of the above fee.

*rev.8/1/15*