UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph T. Margrabia, Jr., JM 5564
Attorney At Law
530 Greentree Road
Glassboro, New Jersey 08028
Telephone 856-881-9600
Attorney For Debtors

Order Filed on September 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian L. Valay

Laura A. Labbee-Valay

Case No.:    17-32513

Chapter:    13

Judge:    A.B. Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph T. Margrabia, Jr., Esquire_____, the applicant, is allowed a fee of $ _____3300.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____413.00_____ per month for _____50_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-32513-ABA
Brian L. Valay                                                                      Chapter 13
Laura A. Labbee-Valay
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1          Date Rcvd: Sep 05, 2018
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
jdb/db         +Brian L. Valay,    Laura A. Labbee-Valay,    4 Chesterfield Road,    Sewell, NJ 08080-2061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Joseph T. Margrabia    on behalf of Joint Debtor Brian L. Valay jmargrabia@comcast.net
      Joseph T. Margrabia    on behalf of Debtor Laura A. Labbee-Valay jmargrabia@comcast.net
      Rebecca Ann Solarz    on behalf of Creditor   Specialized Loan Servicing LLC
       rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
      Stuart H. West    on behalf of Creditor   Specialized Loan Servicing LLC swest@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 8