UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph T. Margrabia, Jr., JM 5564
Attorney At Law
530 Greentree Road
Glassboro, New Jersey 08028
Telephone 856-881-9600
jmargrabia@comcast.net
Attorney For Debtors

In Re:

Laura A. Valay a/k/a Laura A. Labbee
Brian L. Valay

Case No.: __17-32513__

Judge: __Andrew B. Altenburg, Jr.__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by __Specialized Loan Servicing LLC__, creditor,

    A hearing has been scheduled for __May 25, 2021__, at __10:00 a.m.__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The past 2 due payments of $1,477.70 plus May 2021 payment of $1,477.70 total $4,433.10, minus suspense of $1,028.70 = $3,404.32. Total due to bring account current through May 31, 2021. Said amount can be paid immediately.

Copy of certified check payable to lender attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May 03, 2021

/s/ Laura A. Valay
Debtor's Signature

Date: May 03, 2021

/s/ Brian L. Valay
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES. PRINTED ON CHEMICAL REACTIVE TONER FUSE PAPER-SEE BACK FOR DETAILS

**POLICE AND FIRE FEDERAL CREDIT UNION**
901 ARCH STREET • PHILADELPHIA, PA 19107

No. 20337619

3-8428
2360

05/03/21

PAY *** THREE THOUSAND FOUR HUNDRED FOUR DOLLARS AND 32 ***
*** CENTS ***

$3,404.32

**VOID AFTER 180 DAYS**

TO THE ORDER OF: SPECIALIZED LOAN SERVICING

*John La Rosa*
AUTHORIZED SIGNATURE

⑆236084285⑆ 0000⑆ 3 20337 6190⑆ 300