UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Michael J. Milstead
Atty. ID: 021031989
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 231524-1
Attorneys for Secured Creditor: Federal Home Loan
Mortgage Corporation, as Trustee for the benefit of the
Freddie Mac Seasoned Loans Structured Transaction
Trust, Series 2022-2

| | |
|---|---|
| In Re:<br><br>Laura A. Labbee-Valay aka Laura Anne Labbee and<br>Brian L. Valay aka Brian Lee Valay | Case No.: 17-32513-ABA<br>Chapter 13<br><br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as

Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series

2022-2. Request is made that the documents filed in this case and identified below be served on

the undersigned at this address:

ADDRESS:
Michael J. Milstead, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

DOCUMENTS:
☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

| DATED: July 18, 2022 | MILSTEAD & ASSOCIATES, LLC |
|---|---|
| | _/s/ Michael J. Milstead_ |
| | Michael J. Milstead, Esquire |
| | 1 E. Stow Road |
| | Marlton, NJ 08053 |
| | (856) 482-1400 |
| | File No. 231524-1 |
| | Attorneys for Secured Creditor |