Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 17−32513−ABA
                                Chapter:  13
                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian L. Valay<br>aka Brian Lee Valay<br>4 Chesterfield Road<br>Sewell, NJ 08080 | Laura A. Labbee−Valay<br>aka Laura Anne Labbee<br>4 Chesterfield Road<br>Sewell, NJ 08080 |
| Social Security No.:<br>xxx−xx−3349 | xxx−xx−4874 |

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Brian L. Valay and Laura A. Labbee−Valay</u>
           Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 30, 2022
JAN: def

                                                                       <u>Jeanne Naughton, Clerk</u>