| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian L. Valay<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3349<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Laura A. Labbee–Valay<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4874<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–32513–ABA | | |

## Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian L. Valay                                             Laura A. Labbee–Valay
aka Brian Lee Valay                                  aka Laura Anne Labbee

12/9/22                                                     **By the court:**  Andrew B. Altenburg Jr.
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Brian L. Valay  
Laura A. Labbee-Valay  
    Debtors

Case No. 17-32513-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Dec 09, 2022      Form ID: 3180W      Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb/db | + | Brian L. Valay, Laura A. Labbee-Valay, 4 Chesterfield Road, Sewell, NJ 08080-2061 |
| cr | | Specialized Loan Servicing LLC, c/o Buckley Madole, P.C., 1481 Dallas Parkway, Suite 300, Dallas, TX 75254 |
| 517164031 | + | Account Resolution Serv., 1643 N. Harrison Pkwy, Building H Suite 100, Sunrise, FL 33323-2857 |
| 517164040 | + | BMW Financial Services Remarketing, Inc., P.O. Box 83290, Chicago, IL 60691-0290 |
| 517164035 | + | Bank Of America N.A., Frederic Weinberg, Esq., 1200 Laurel Oak Rd., Ste 104, Voorhees, NJ 08043-4317 |
| 517164036 | + | Bank of America, N.A., Frederic Weinberg & Assoc., 1200 Laurel Oak Rd, Ste 104, Voorhees, NJ 08043-4317 |
| 517164041 | + | Capital One Bank USA, Hayt Hayt Landau Attys, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 517164044 | + | Citi Bank N.A., GC Services, P.O. Box 930824, Wixom, MI 48393-0824 |
| 517164047 | + | Ditech- Specialized Loan Servicing LLC, P.O. Box 636005, Littleton, CO 80163-6005 |
| 517164028 | + | First Bankcard, P.O. Box 2951, Omaha, Nebraska 68103-2951 |
| 517164049 | + | Florida Dept Education, P.O. Box 7019, Tallahassee, FL 32314-7019 |
| 517164053 | + | Kennedy Medical Group Practice, P.O. Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 517164055 | + | LVNV Funding LLC, Eichenbaum & Stylianou Attys, 10 Forest Avenue, Paramus, NJ 07652-5242 |
| 517164061 | + | MRG PHY Assoc. of S. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 519662508 | + | Michael J. Milstead, Esquire Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 517164060 | + | Millennium Health, LLC, P.O. Box 844468, Dallas, TX 75284-4468 |
| 517164063 | + | PAM,LLC-PA Turnpike, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 517164065 | + | Performant Recovery, Inc., P.O. Box 9057, Pleasanton, CA 94566-9057 |
| 517164070 | | ProCo, P.O. Box, Aston, PA 19014 |
| 517164071 | + | Radiology Assoc. Of NJ, 28075 Network Place, Chicago, IL 60673-1280 |
| 517304547 | + | Specialized Loan Servicing LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517164081 | + | The Rothman Institute, P.O. Box 757910, Philadelphia, PA 19175-7910 |
| 517164082 | + | Virtua Medical Group PA, P.O. Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517164030 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | A T & T Universal Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517164032 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | AES Education Services, P.O. Box 61047, Hassisburg, PA 17106-1047 |
| 517164033 | ^ | MEBN | | |

Case 17-32513-ABA    Doc 81    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 80 |

| | | | |
|---|---|---|---|
| | | Dec 09 2022 21:06:36 | ARS, P.O. Box 630806, Cincinnati, NJ 45263-0806 |
| 519024802 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 09 2022 21:11:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 517193228 | + EDI: AISACG.COM | Dec 10 2022 01:53:00 | BMW Bank of North America, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 517265450 | + EDI: AISACG.COM | Dec 10 2022 01:53:00 | BMW Bank of North America, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 517164039 | EDI: BMW.COM | Dec 10 2022 01:53:00 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 517264762 | EDI: BMW.COM | Dec 10 2022 01:53:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517164034 | + EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517366687 | + EDI: BANKAMER2.COM | Dec 10 2022 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517164037 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 09 2022 21:13:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 517164038 | + EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Best Buy/CBNA, P.O. Box 6497, Siox Falls, SD 57117-6497 |
| 517276377 | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517164042 | + EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank USA N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 517221628 | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517164045 | + EDI: WFNNB.COM | Dec 10 2022 01:53:00 | Comenity Bank/Torrid, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517164046 | + EDI: CCS.COM | Dec 10 2022 01:53:00 | Credit Collection Serv., P.O. Box 607, Noorwood, MA 02062-0607 |
| 517164056 | + EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040 |
| 517366737 | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517666117 | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2022 21:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517666118 | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2022 21:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519684468 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2022 21:13:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519684467 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2022 21:13:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517164048 | ^ MEBN | Dec 09 2022 21:09:00 | Financial Recoveries, P.O. Box 1388, MT Laurel, NJ 08054-7388 |
| 517164050 | ^ MEBN | Dec 09 2022 21:09:10 | HRRG, P.O. Box 5406, Cincinnati, OH |

Case 17-32513-ABA    Doc 81    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 80 |

| | | | |
|---|---|---|---|
| 517164051 | + EDI: LCIICSYSTEM | Dec 10 2022 01:53:00 | 45273-0001<br>I C Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 517164052 | + EDI: IRS.COM | Dec 10 2022 01:53:00 | Internal Revenue Service, Centralized Insolvency Op, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517164043 | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517164054 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2022 21:12:00 | Kohl's /Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517164058 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517164059 | + Email/Text: signed.order@pfwattorneys.com | Dec 09 2022 21:12:00 | Midland Funding LLL, Pressler & Pressler Attys, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517206992 | + Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | PHEAA, PO B0X 8147, HARRISBURG PA 17105-8147 |
| 517164066 | + Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | PHEAA, 1200 N. Seventh Street, Harrisburg, PA 17102-1444 |
| 517164067 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2022 21:12:00 | PNC Bank, N.A., P.O. Box 1397, Pittsburgh, PA 15230 |
| 517164069 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Assoc., Riverside Commerce Center, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502 |
| 517298604 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517222135 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.a., POB 41067, Norfolk VA 23541 |
| 517232379 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517181531 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517164057 | Email/Text: signed.order@pfwattorneys.com | Dec 09 2022 21:12:00 | Midland Funding LLC, Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517164062 | Email/Text: signed.order@pfwattorneys.com | Dec 09 2022 21:12:00 | Palisades Collection, LLC, Pressler & Pressler Attys., 7 Entin Road, Parsippany, NJ 07054 |
| 517164064 | + Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | Pennsylvania Higher Education, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 517364572 | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517164072 | + Email/Text: clientservices@remexinc.com | Dec 09 2022 21:12:00 | REMEX Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517164073 | + Email/Text: bkrpt@retrievalmasters.com | Dec 09 2022 21:13:00 | RMCB, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 517192081 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 09 2022 21:12:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517164075 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 09 2022 21:12:00 | Specialized Loan Servicing LLC, P.O. Box 636005, Attention: Customer Care, Littleton, CO 80163-6005 |
| 517166797 | + EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517164076 | + EDI: RMSC.COM | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2022 01:53:00 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 517164078 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank/Walmart DC, P.O. Box 965024, Orlando, FL 32896-5024 |
| 517164079 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | THD/ CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517164080 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517264071 | + | EDI: AIS.COM | Dec 10 2022 01:53:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517275008 | | EDI: WFFC2 | Dec 10 2022 01:53:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517164083 | + | EDI: WFFC2 | Dec 10 2022 01:53:00 | Wells Fargo Financial NB, CSCL Team MAC N8235-04M, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 517164029 | *+ | First Bankcard, P.O. Box 2951, Omaha, Nebraska 68103-2951 |
| 517164068 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 1397, Pittsburgh, PA 15230 |
| 517711197 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517711198 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517164077 | *+ | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 517164074 | ##+ | South Jersey Pain Consultants, 525 Route 73 S. Ste 103, Marlton, NJ 08053-9643 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 80 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph T. Margrabia
    on behalf of Joint Debtor Brian L. Valay jmargrabia@comcast.net

Joseph T. Margrabia
    on behalf of Debtor Laura A. Labbee-Valay jmargrabia@comcast.net

Michael J. Milstead
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Roger Fay
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Stuart H. West
    on behalf of Creditor Specialized Loan Servicing LLC swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11